RECEIVED

MAY 1 1 2005

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| Stan Kalisker, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | No. 04 C 07646 |
| ) | |
| LensCrafters, Inc. ) | Judge: Ruben Castillo |
| ) | |
| an Ohio Corporation, and operating ) | Magistrate Judge: Geraldine Soat Brown |
| company of ) | |
| ) | |
| Luxottica Retail Group, ) | |
| an Ohio Corporation. ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff Stan Kalisker ("Plaintiff") and defendants LensCrafters, Inc., an Ohio Corporation, and operating company of Luxottica Retail Group, an Ohio Corporation ("LensCrafters") hereby agreed that Plaintiff's claims against LensCrafters have been settled and that all issues and controversies between them have been resolved to their mutual satisfaction. The parties requests the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994):

IT IS HEREBY ORDERED:

1. Plaintiff and LensCrafters shall comply with the terms of their settlement agreement dated as of April 30, 2005.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing

the terms of the settlement agreement.

3. Except as provided for in paragraph 1 and 2 above, this case is dismissed with prejudice as to LensCrafters, and each party shall bear its own attorney's fees and costs.

ENTER:

Dated: 5/13, 2005

HON. Ruben Castillo
United States District Court Judge

AGREED TO:

Attorney for Stan Kalisker

Barbara J. Sullivan, Esq.

AGREED TO:

Attorney for LensCrafters, et. al.

Mark J. Churmley, Esq.

per telephone authorization given on 4-29-05

B. J. Sullivan and Associates
79 W. Monroe Street, Suite 900
Chicago, IL 60603-4914
312-263-1173